JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARDELL BUSBY,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE MCDONALD, Warden,<br><br>    Respondent. | Case No. EDCV 09-2341-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _____January 5, 2010_____

_____
David O. Carter
United States District Judge